GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

FILED
2024 OCT 30 PM 4:19
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-07596 TUC-RM(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | VIO: 18 U.S.C. §§ 2, 922(a)(6), & 924(a)(2) (Making False Statements in Connection with Acquisition of Firearms) Count 1 |
| vs. | |
| 1. Octavio Sanchez, Jr., (Counts 1-2) | |
| 2. Jonathan Jiminez, (Count 1) | 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) (Engaging in the Business of Dealing Firearms without a License) Count 2 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 11, 2023, in the District of Arizona, OCTAVIO SANCHEZ, JR. and JONATHAN JIMINEZ knowingly made false statements and representations in connection with the acquisition of a CenturyArms VSKA rifle to Citywide Supply, L.L.C., which were intended and likely to deceive Citywide Supply, L.L.C. as to a fact material to the lawfulness of the sale of firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information

required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that JONATHAN JIMINEZ stated that he was the actual transferee/buyer of the firearms, whereas in truth and fact, he was knowingly acquiring the firearms on behalf of OCTAVIO SANCHEZ, JR., who aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

### COUNT 2

Between on or about February 1, 2020 and on or about October 30, 2024, in the District of Arizona, OCTAVIO SANCHEZ, JR., not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: October 30, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Octavio Sanchez, et al.*
*Superseding Indictment Page 2 of 2*